# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-02789-RMR-SKC

PEDRO DOMINGUEZ on his own behalf
and on behalf of all others similarly situated,

    Plaintiff,

v.

WILD IRISHMAN TREE & LANDSCAPE, INC. and
DUANE J. O'HARA

    Defendants.

## NOTICE OF SETTLEMENT AND SUGGESTION OF ADMINISTRATIVE CLOSURE

COME NOW the Parties, through undersigned counsel, to respectfully inform the Court that they have settled this matter in principle. The Parties request that the Court administratively close the case until final settlement payments required by the Parties' settlement agreement have been made, which is to occur in December, 2021. At that time, the parties will inform the Court, per Fed. R. Civ. P. 41(a)(1)(A)(ii), of the stipulated dismissal of this litigation.

Respectfully submitted,

| | |
|---|---|
| *s/ Brandt Milstein* | *s/ Reid J. Allred* |
| Brandt Milstein | Reid J. Allred |
| MILSTEIN TURNER, PLLC | Cambridge Law, LLC |
| 1942 Broadway, Suite 509 | 4610 S. Ulster Street, Suite 150 |
| Boulder, CO 80302 | Denver, CO 80237 |
| 303.440.8780 | 303.488.3338 |
| brandt@milsteinturner.com | Reid@Cambridgelawcolorado.com |
| | |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

**CERTIFICATE OF SERVICE**

I filed this *Notice* electronically through the CM/ECF system, which caused all Parties entitled to service to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*s/ Brandt Milstein*