## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-02789-RMR-SKC

PEDRO DOMINGUEZ on his own behalf
and on behalf of all others similarly situated,

      Plaintiff,

v.

WILD IRISHMAN TREE & LANDSCAPE, INC. and
DUANE J. O'HARA

      Defendants.

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE
_____

COME NOW the Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby dismiss

the above-captioned action with prejudice, each party to bear their own attorney fees and costs.


Respectfully submitted,


*s/ Brandt Milstein*                          *s/ Reid J. Allred*
Brandt Milstein                               Reid J. Allred
MILSTEIN TURNER, PLLC                          Cambridge Law, LLC
1942 Broadway, Suite 509                       4610 S. Ulster Street, Suite 150
Boulder, CO 80302                              Denver, CO 80237
303.440.8780                                   303.488.3338
brandt@milsteinturner.com                      Reid@Cambridgelawcolorado.com

*Attorney for Plaintiffs*                      *Attorney for Defendants*